## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FUNKY 544, LLC** | * | **CIVIL ACTION** |
| | * | **NO. 2:20-cv-00944** |
| *Plaintiff* | * | |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | **BARRY W. ASHE** |
| **HOUSTON SPECIALTY INSURANCE COMPANY** | * | |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| *Defendants* | * | **DONNA P. CURRAULT** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

**MAY IT PLEASE THE COURT:**

Notice is hereby given that Plaintiff, Funky 544, LLC, in the above-entitled cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment entered in this action on May 5, 2021 (Docket Number 47) and order and reasons granting Summary Judgment associated with that judgment in this matter on May 5, 2021 (Docket Number 46).

The parties to the judgment and order appealed from and the names and addresses of their respective attorneys are as follows:

**ATTORNEYS FOR HOUSTON SPECIALTY INSURANCE COMPANY**

    Jay R. Sever
    Thomas H. Peyton
    Gabriel Crane
    **Phelps Dunbar, LLP**
    365 Canal Street, Suite 2000
    New Orleans, Louisiana 70130
    (T): (504) 566-1311
    (F): (504) 568-9130
    severj@phelps.com

    Thomas.peyton@phelps.com
    Gabriel.crane@phelps.com

**ATTORNEYS FOR FUNKY 544, LLC**

    David P. Vicknair
    Keegan Chopin
    **Scott Vicknair, LLC**
    909 Poydras Street, Suite 2025
    New Orleans, Louisiana 70112
    (T): (504) 500-1111
    (F): (504) 226-2339
    david@svlaw.law
    keegan@svlaw.law

    Respectfully Submitted,

    */s/ David P. Vicknair*
    _____
    David P. Vicknair, #34315
    Keegan Chopin, #26236
    **Scott Vicknair, LLC**
    909 Poydras Street, Suite 2025
    New Orleans, Louisiana 70112
    (T): (504) 500-1111
    (F): (504) 226-2339
    david@svlaw.law
    keegan@svlaw.law

    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was electronically filed with the Clerk of Court through the CM/ECF system and all registered counsel were electronically notified and all non-CM/ECF participants were otherwise served by electronic transmission, facsimile transmission and/or U.S. Mail, properly addressed and postage prepaid this 3rd day of June, 2021.

    */s/ David P. Vicknair*
    _____
    **DAVID P. VICKNAIR**