

# United States Court of Appeals
## for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Nov 15, 2021**

Attest:

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 21-30310
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
October 22, 2021
Lyle W. Cayce
Clerk

FUNKY 544, L.L.C.,

*Plaintiff—Appellant*,

versus

HOUSTON SPECIALTY INSURANCE COMPANY,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-944

Before SOUTHWICK, OLDHAM, and WILSON, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellee the costs on appeal to be taxed by the Clerk of this Court.